KEREN E. GESUND, ESQ.
Louisiana Bar No. 34397
**THE BOURASSA LAW GROUP, LLC**
166 Country Club Dr.
New Orleans, LA 70124
Tel: (702) 300-1180
Fax: (702) 851-2189
gesundk@gesundlawoffices.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIOLETTE C. IKONOMIDIS, an individual, on behalf of themselves and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>SOURCE RECEIVABLES MANAGEMENT, LLC a North Carolina limited liability company,<br><br>Defendant. | Case No.: 2:13-cv-05387 |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, VIOLETTE C. IKONOMIDIS, by and through her attorneys, THE BOURASSA LAW GROUP, LLC, and Defendant SOURCE RECEIVABLES MANAGEMENT, LLC, by and through its attorneys, KEOGH, COX & WILSON, LTD that the above-captioned matter may be

/ / /

/ / /

/ / /

/ /

- 1 -

dismissed in its entirety, WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

DATED this 28th day of October, 2013         DATED this 28th day of October, 2013

THE BOURASSA LAW GROUP, LLC.          KEOGH, COX & WILSON, LTD


By: /s/ *Keren E. Gesund*               By:/s/ *Collin J. Leblanc*
KEREN E. GESUND, ESQ.                 COLLIN J. LEBLANC, ESQ.
Louisiana Bar No. 34397               Louisiana Bar No. 24519
**THE BOURASSA LAW GROUP, LLC**       **KEOGH, COX & WILSON, LTD**
166 Country Club Dr.                  701 Main Street (70802)
New Orleans, LA 70124                 P.O. Box 1151
Tel: (702) 300-1180                   Baton Rouge, LA 70821
Fax: (702) 851-2189                   Tel: (225) 383-3796
gesundk@gesundlawoffices.com          Fax: (225) 343-9612
*Attorneys for Plaintiffs*            cleblanc@kcwlaw.com
                                      *Attorneys for Defendant*